# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

JOHN POWELL and BRIAN SCOTT
Plaintiff,

v.

EMMETT NEAL JUMP, et al.

Defendant.

CASE NO.: 2:26-cv-00058-LGW-BWC

## PETITION FOR ADMISSION PRO HAC VICE

Petitioner __Steven W. Becker__ hereby requests permission to appear pro hac vice in the subject case filed in the United States District Court for the Southern District of Georgia.

Petitioner certifies the following:

1. The Petitioner is a member in good standing of the Bar of the United States District Court, __Northern District of Illinois__ .
2. The Petitioner is eligible for admission under Local Rule 83.4 and does not reside or maintain an office for the practice of law in the Southern District of Georgia.
3. The Petitioner designates local counsel in this case as: __Joseph Steffen and Anthony Jaime.__
4. The Petitioner further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia

This __22nd__ day of __June__ , 20 __26__.

_____
SIGNATURE OF PETITIONER

swbeckerlaw@gmail.com
PETITIONER'S EMAIL ADDRESS

Plaintiffs John Powell and Brian Scott
PETITIONER APPEARING FOR (PARTY NAME)

*CONSENT OF DESIGNATED LOCAL COUNSEL*

I, __Anthony L. Jaime__ , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the Petitioner fail to respond to any Court order for appearance or otherwise.

This __22nd__ day of __June__ , 20 __26__.

_____
SIGNATURE OF LOCAL COUNSEL

505393
GEORGIA BAR NUMBER

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JOHN POWELL and BRIAN SCOTT, )
)
     Plaintiffs, )
)
v. )     No. 2:26-cv-00058-LGW-BWC
)
EMMETT NEAL JUMP, et al. )
)
     Defendants. )

## <u>L.R. 83.4 STATEMENT</u>

     I, Steven W. Becker, pursuant to Local Rule 83.4(b)(2), hereby certify that I am a member in good standing of the U.S. District Court for the Northern District of Illinois, have attached hereto a recent Certificate of Good Standing from such court attesting thereto, and certify that I have no cases in this Court in which I have previously appeared as counsel.


                             Steven W. Becker

Steven W. Becker
Law Office of Steven W. Becker LLC
205 N. Michigan Avenue, Suite 810
Chicago, IL 60601
(312) 396-4116
swbeckerlaw@gmail.com

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Steven W. Becker

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Steven W. Becker was duly admitted to practice in said Court on (12/20/2001) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois on (05/20/2026 )

Thomas G. Bruton , Clerk,

By: Lucas Janica

Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

JOHN POWELL and BRIAN SCOTT,
      Plaintiff,

     v.

EMMETT NEAL JUMP, et al.

     Defendant.

CASE NO.: 2:26-cv-00058-LGW-BWC

## <u>ORDER OF ADMISSION</u>

It appearing to the Court that the requirements stated in LR 83.4 for admission pro hac vice have

been satisfied by Petitioner **Steven W. Becker**    , the request to appear pro hac vice in

the United States District Court for the Southern District of Georgia in the subject case is **GRANTED.**

**SO ORDERED** this _____ day of _____, 20 ____.


_____
JUDGE, UNITED STATES DISTRICT COURT