# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

JOHN POWELL, et al

   v.

EMMETT NEAL JUMP, et al            No. CV226-58

   Defendant.

## ORDER

The undersigned recuses and returns the case to the Clerk of Court for reassignment.

SO ORDERED, this __23__ day of June, 2026.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA